In the Matter of the Application of JOHN O'ROURKE, Appellant, for an Order of Prohibition against S. HOWARD COHEN and Others, as Commissioners of Election of the City of New York, Respondents, and MARIO J. CARIELLO and WILLIAM GILLIGAN, Intervenors, Respondents.— The parties having agreed in

open court that this appeal may be decided by a court of four justices, the decision is as follows: On argument, order affirmed, without costs. Motion for leave to appeal to the Court of Appeals granted. Hagarty, Adel, Taylor and Close, JJ., concur. [177 Misc. 495.]